FILED

2008 JUL -9 PM 3:35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KNA DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBIN LYNN MARTIN,<br>aka Robyn Wendy Kitt,<br>aka Robin Lynn Kitt,<br>aka Stephanie Anne Davich,<br>Defendant. | Criminal Case No. '08 CR 2271 L<br><br>INDICTMENT<br><br>Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony);<br>Title 18, U.S.C., Sec. 1028A - Aggravated Identity Theft |

The grand jury charges:

Count 1

On or about June 6, 2008, within the Southern District of California, defendant ROBIN LYNN MARTIN, aka Robyn Wendy Kitt, aka Robin Lynn Kitt, aka Stephanie Anne Davich, did willfully and knowingly use a passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Stephanie Anne Davich, a United States citizen born in the United States, knowing full well that she was not; in violation of Title 18, United States Code, Section 1544, a felony.

//

CEM:em(1):San Diego
7/8/08

Count 2

On or about June 6, 2008, within the Southern District of California, defendant ROBIN LYNN MARTIN, aka Robyn Wendy Kitt, aka Robin Lynn Kitt, aka Stephanie Anne Davich, during and in relation to a violation of Title 18, United States Code, Section 1544, knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: a United States passport in the name of Stephanie Anne Davich; in violation of Title 18, United States Code, Section 1028A.

DATED: July 9, 2008

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CALEB E. MASON
Assistant U.S. Attorney