FILED

2008 JUL -9 PM 3:33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY VWH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2271 L

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBIN LYNN MARTIN,<br>aka Robyn Wendy Kitt,<br>aka Robin Lynn Kitt,<br>aka Stephanie Anne Davich,<br>Defendant. | Criminal Case No. ____________<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Robin Lynn Martin, aka Robyn Wendy Kitt, aka Robin Lynn Kitt, aka Stephanie Anne Davich, Criminal Case No. 08CR222-L.

DATED: July 9, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney