KAREN P. HEWITT
United States Attorney
CALEB E. MASON
Assistant United States Attorney
California Bar No. 246653
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5956/(619)235-4716(Fax)
Email: caleb.mason@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBIN LYNN MARTIN,<br>Defendant. | Criminal Case No. 08-2271L<br>Date: August 18, 2008<br>Time: 2 PM<br><br>The Honorable M. James Lorenz<br><br>**UNITED STATES' NOTICE OF MOTIONS AND MOTIONS FOR:**<br><br>**(1) RECIPROCAL DISCOVERY**<br>**(2) LEAVE TO FILE FURTHER MOTIONS** |

PLEASE TAKE NOTICE that on August 18, at 2 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caleb E. Mason, Assistant United States Attorney, will move the Court to enter an order granting the following motions.

**MOTIONS**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Caleb E. Mason, Assistant United States Attorney, hereby moves this Court for an order granting the following motions for:

1. Reciprocal Discovery; and
2. Leave to File Further Motions.

The motions noted above are based on the files and records of this case, together with the following statement of facts and memorandum of points and authorities.

**I**

**STATEMENT OF THE CASE**

On July 9, 2008, a federal grand jury in the Southern District of California returned an Indictment charging Robin Lynn Martin ("Defendant") with aggravated identity theft, in violation of 18 U.S.C. § 1028A, and misuse of a passport, in violation of 18 U.SC. § 1544. On July 17, 2008, Defendant was arraigned on the Indictment and pled not guilty. The motion hearing/trial setting date is August 18, 2008. The United States hereby files the following motions for fingerprint exemplars, reciprocal discovery and leave to file further motions.

**II**

**STATEMENT OF FACTS**

**A. <u>OFFENSE CONDUCT</u>**

On June 6, 2008, Defendant entered the San Ysidro Port of Entry through the pedestrian lanes. She presented a genuine United States Passport in the name of Stephanie Anne Davich. A computer database check indicated that Stephanie Anne Davich had died in 1965. Defendant was accordingly referred to secondary inspection. She waived her <u>Miranda</u> rights and stated that she was in fact Stephanie Anne Davich. She gave the names and dates of birth of the parents of Stephanie Anne Davich and stated that those individuals were her own parents.

Investigation subsequently revealed evidence that Stephanie Anne Davich was in fact dead, and that Defendant had used the identity of Stephanie Anne Davich to acquire a number of official identification documents, including a birth certificate, social security card, and passport.

**III**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**A. <u>MOTION FOR RECIPROCAL DISCOVERY</u>**

The United States hereby requests Defendant deliver all material to which the United States may be entitled under Fed. R. Crim. P. 16(b) and 26.2.

**1. <u>Defendant's Disclosures Under Fed R. Crim. P. 16(b)</u>**

The United States has voluntarily complied and will continue to comply with the requirements of Fed. R. Crim. P. 16(a). As of the date of this Motion, the United States has produced 329 pages of discovery and one DVD (including reports of the arresting officers and agents, criminal history reports, and documents concerning Defendant's criminal history). As of the date of this Motion, the United States has not received any reciprocal discovery from Defendant. Therefore, the United States invokes Fed. R. Crim. P. 16(b), requiring that reciprocal discovery be provided to the United States.

The United States hereby requests Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in her case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which she intends to introduce as evidence-in-chief at the trial, or which was prepared by a witness whom Defendant intends to call as a witness. Because the United States will comply with Defendant's request for delivery of reports of examinations, the United States is entitled to the items listed above under Fed. R. Crim. P. 16(b)(1). The United States also requests that the Court make such order as it deems necessary under Fed. R. Crim. P. 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

**2. <u>Witness Statements Under Fed. R. Crim. P. 26.2</u>**

Fed. R. Crim. P. 26.2 requires the production of prior statements of all witnesses, except a statement made by Defendant. Fed. R. Crim. P. 26.2 requires reciprocal production of statements, in accordance with the Jencks Act.

The timeframe established by Fed. R. Crim. P. 26.2 requires the statement to be provided after the witness has testified. In order to expedite trial proceedings, the United States hereby requests Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these

statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

**C. MOTION FOR LEAVE TO FILE FURTHER MOTIONS**

Should new information or legal issues arise, the United States respectfully requests the opportunity to file such further motions as may be appropriate.

## IV

## CONCLUSION

For the foregoing reasons, the United States requests the Court grant the United States' Motions for Fingerprint Exemplars, Reciprocal Discovery and Leave to File Further Motions.

DATED: August 12, 2008

KAREN P. HEWITT
United States Attorney

/S/ Caleb E. Mason
CALEB E. MASON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: caleb.mason@usdoj.gov

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBIN LYNN MARTIN,<br>Defendant. | Criminal Case No. 08cr2271L<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CALEB E. MASON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

**UNITED STATES' NOTICE OF MOTIONS AND MOTIONS FOR:**

**(1) RECIPROCAL DISCOVERY; AND**
**(2) LEAVE TO GRANT FURTHER MOTIONS**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Jeremy Warren, Esq.**

**Attorney for Defendant**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2008.

s/ Caleb E. Mason
CALEB E. MASON